IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON HENRY DURAN                                                    PLAINTIFF
#31526

v.                            No. 3:23-cv-43 DPM

STEVE FRANKS, Former Sheriff,
Greene County Jail; ROBERT CASE,
Administrator, Greene County Jail;
BRAD SNYDER, Sheriff, Greene
County Jail; JACOB WHITE,
Administrator, Greene County Jail;
ANTONNETTE BARRON, Kitchen
Manager, Greene County Jail;
JASMINE SANCHEZ, Grievance
Officer or Jailer, Greene County Jail;
and JAMIE FLOYD, Jailer, Greene
County Jail                                                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Duran hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2023