IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON HENRY DURAN**                                  **PLAINTIFF**
**#31526**

v.                      No. 3:23-cv-43 DPM

**STEVE FRANKS**, Former Sheriff,
Greene County Jail; **ROBERT CASE**,
Administrator, Greene County Jail;
**BRAD SNYDER**, Sheriff, Greene
County Jail; **JACOB WHITE**,
Administrator, Greene County Jail;
**ANTONNETTE BARRON**, Kitchen
Manager, Greene County Jail;
**JASMINE SANCHEZ**, Grievance
Officer or Jailer, Greene County Jail;
and **JAMIE FLOYD**, Jailer, Greene
County Jail                                           **DEFENDANTS**

## JUDGMENT

Duran's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2023